# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

ESTEBAN NARANJO,                                    Case No. 3:13-cv-01353-PK

        Petitioner,

   v.                                       **ORDER DISMISSING HABEAS**
                                                  **CORPUS PETITION**

MARION FEATHER,
*Warden, et. al.,*

        Respondent.

---

This matter having come before the Court on the motion of the Petitioner, Esteban Naranjo,

to dismiss his habeas corpus petition voluntarily,

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed

without prejudice.

IT IS SO ORDERED this 20th day of November, 2013.

               THE HONORABLE PAUL PAPAK
               U.S. Magistrate Judge

Submitted by:

*/s/ Ruben L. Iñiguez*
Ruben L. Iñiguez
Attorney for Petitioner